UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JATINDER SINGH, an individual; CEDAR MOUNTAIN, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02090-KES<br><br>[~~PROPOSED~~] **ORDER** |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, as follows:

Plaintiff James Rutherford's Second Cause of Action for Violation of the Unruh Civil Rights Act under the California Civil Code Section 51, *et seq.* is dismissed without prejudice. Plaintiff maintains his First Cause of Action for Violations of the Americans With Disabilities Act of 1990, 42 U.S.C. §12181 *et seq.*

DATED:    December 4, 2020

_____
HON. KAREN E. SCOTT
UNITED STATES DISTRICT COURT JUDGE